U.S. District Court Eastern District of Kentucky

# *Civil*
# *Case Assignment*

Case number **2:14-CV-56**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Assigned on 03/28/2014

Request New Judge